■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v GEORGE DIXON, Respondent.—By order dated July 7, 1976, this court granted defendant's motion, *inter alia,* for reargument of an order of this court, dated May 17, 1976, which reversed an order of the Supreme Court, Queens County, dated June 10, 1975 *(People v Dixon,* 52 AD2d 928). Upon reargument, the original determination of this court is adhered to. Latham, Acting P. J., Margett, Damiani, Titone and Hawkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD JAMES K., Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the County Court, Putnam County, imposed October 13, 1976, upon an adjudication that he was a youthful offender, the sentence being a term of imprisonment of one year. Sentence modified, as a matter of discretion in the interest of justice, by reducing the period of imprisonment to the time already served. The sentence was excessive to the extent indicated herein. Shapiro, Titone and Hawkins, JJ., concur; Gulotta, P. J., dissents and votes to affirm the sentence.